**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2244**

TYSON LAVEL MELTON, SR.,

             Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA, Executive Branch, Legislative
Brand and Judicial Branch,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    J. Frederick Motz, Senior District
Judge.  (1:14-cv-03112-JFM)

Submitted:  February 25, 2015          Decided:  March 3, 2015

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyson LaVel Melton, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyson LaVel Melton, Sr., appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Melton v. United States</u>, No. 1:14-cv-03112-JFM (D. Md. Nov. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>